IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-25022-JLK

GHADA OUEISS,

    Plaintiff,

        v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    Defendants.

_____/

**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT "K" IN SUPPORT OF
*EX PARTE* MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF
PROCESS ON THE FOREIGN DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Ghada Oueiss ("Plaintiff") files this Motion to File Under Seal Exhibit "K" in Support of her *Ex Parte* Motion for an Order Authorizing Alternative Service of Process on Foreign Defendants Pursuant to Fed. R. Civ. P. 4(f)(3) [D.E. 5 (the "*Ex Parte* Motion")], and in support thereof states as follows:

1.    On December 9, 2020, Plaintiff initiated this action by filing an eight-count complaint alleging various causes of action arising out of an unlawful hack and leak operation carried out by Defendants Mohammed Bin Salman Bin Abdulaziz Al Saud ("MBS"), Mohammed Bin Zayed Al Nahyan ("MBZ"), DarkMatter, Faisal al Bannai ("al Bannai"), Saudi 24 TV, Al Arabiya, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation ("MiSK"), Saud Al Qahtani ("Al Qahtani"), Bader Al-Asaker ("Al-Asaker"), Saudi Arabian Cultural Mission, Tarek Abou Zeinab ("Zeinab"), Turki Al-Owerde ("Al-Owerde"), Faisal Al Menaia ("Al Menaia"), Awwad al Otaibi ("al Otaibi"), Sharon Collins ("Collins"), Christanne Schey ("Schey"), Hussam Al-Jundi ("Al-Jundi"), Annette Smith ("Smith"), and John Does 1-20. [D.E. 1]

1

2. On December 14, 2020, Plaintiff filed proposed summonses for MBS, MBZ, DarkMatter, al Bannai, Saudi 24 TV, Al Arabiya, MiSK, Al Qahtani, Al-Asaker, Saudi Arabian Cultural Mission, Zeinab, Collins, Schey, Al-Jundi, and Smith (the "Proposed Summonses"). [D.E. 3]

3. On December 15, 2020, the Clerk issued the Proposed Summonses. [D.E. 4]

4. Given the anticipated difficulties of effecting service on certain Defendants, however, contemporaneously with this Motion, Plaintiff has filed the *Ex Parte* Motion, in which Plaintiff requests the Court's permission to serve MBS, MBZ, al Bannai, Al Qahtani, Al-Asaker, DarkMatter, MiSK, Zeinab, al Otaibi, Al Menaia, Al-Owerde (together, the "Foreign Defendants") via alternative means pursuant to Fed. R. Civ. P. 4(f)(3). [D.E. 5]

5. In support of the *Ex Parte* Motion, and for the Court's ease of reference, Plaintiff intends to file Exhibit "K" to the Declaration of Daniel Rashbaum [D.E. 5-1], which is a chart containing the relevant addresses (physical, email, social media) at which Plaintiff proposes she be permitted to serve each of the Foreign Defendants.

6. Among the alternative means proposed in the *Ex Parte* Motion, Plaintiff requests the Court's permission to serve MBS via WhatsApp, and Plaintiff therefore intends to include MBS's WhatsApp number in Exhibit "K."

7. Given that MBS is the current Crown Prince of the Kingdom of Saudi Arabia, however, his WhatsApp telephone number is highly sensitive information that is not in the public domain.

8. Although such considerations did not deter MBS and his co-Defendants from engaging in the unlawful conduct at issue in this action, Plaintiff requests that she be permitted to

preserve the confidentiality of MBS's WhatsApp telephone number by filing Exhibit "K" under seal.

WHEREFORE, it is respectfully requested that the Court grant the Motion and enter an order authorizing Plaintiff to file under seal Exhibit "K" in support of *Ex Parte* Motion for an Order Authorizing Alternative Service of Process on Foreign Defendants Pursuant to Fed. R. Civ. P. 4(f)(3).

Dated:   December 16, 2020

Respectfully submitted,

/s/  Daniel L. Rashbaum
JEFFREY E. MARCUS
Fla. Bar No.  310890
jmarcus@mnrlawfirm.com
DANIEL L. RASHBAUM
Fla. Bar No. 75084
drashbaum@mnrlawfirm.com

Marcus Neiman & Rashbaum LLP
One Biscayne Tower
2 South Biscayne Blvd., Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

## CERTIFICATE OF SERVICE

On December 16, 2020, I filed the foregoing with the Southern District of Florida's CM/ECF case management system, which has caused the same to be served upon all counsel of record.

/s/     Daniel L. Rashbaum