# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-25022-JLK

GHADA OUEISS,

    Plaintiff,

vs.

BIN SALMAN BIN ABDULAZIZ AL SAUD,
et al.,

    Defendants.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause is assigned, hereby recuses[1] himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of December, 2020.

                                        */s/ James Lawrence King*
                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge  KATHLEEN M. WILLIAMS  .

Copies of this order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number:

20-25022-CV-WILLIAMS/MCALILEY  .

---

[1] Upon taking senior status, the undersigned elected not to accept from the Clerk's blind random case assignment any civil case where the civil cover sheet indicated that trial would take five or more days.

BY ORDER of the Court this 18th day of December, 2020.

ANGELA E. NOBLE, Clerk of Court

By: /s/Yvette Y. Alexander
Deputy Clerk

cc: Yvette Alexander, Operations Manager

Counsel of Record