**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-25022-WILLIAMS-MCALILEY**

GHADA OUEISS,

    Plaintiff,

        v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*

    Defendants.

_____/

## NOTICE OF FILING

Plaintiff Ghada Oueiss hereby gives notice that Defendants Sharon Collins, Christanne Schey, Annette Smith, and Hussam Al-Jundi were each served with the Complaint and their respective summons on December 16, 2020.  Copies of the Proofs of Service are attached hereto.

Dated:   December 23, 2020

                                                          Respectfully submitted,

                                                          /s/  Jason L. Mays
                                                          JEFFREY E. MARCUS
                                                          Fla. Bar No.  310890
                                                          jmarcus@mnrlawfirm.com
                                                          DANIEL L. RASHBAUM
                                                          Fla. Bar No. 75084
                                                          drashbaum@mnrlawfirm.com
                                                          JASON L. MAYS
                                                          Fla. Bar. No. 106495
                                                          jmays@mnrlawfirm.com
                                                          Marcus Neiman & Rashbaum LLP
                                                          One Biscayne Tower
                                                          2 South Biscayne Blvd., Suite 1750
                                                          Miami, Florida 33131
                                                          Telephone: (305) 400-4260

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused the foregoing to be served upon all counsel of record.

                /s/ Jason L. Mays
                Jason L. Mays