# VERIFIED RETURN OF SERVICE

Job # 2020008923

## Client Info:

Jeffrey E. Marcus, Esq.
Daniel L. Rashbaum, Esq.
Marcus Neiman Rashbaum & Pineiro LLP
2 S. Biscayne Blvd., Suite 1750
Miami, Florida 33131

## Case Info:

**PLAINTIFF:**
Ghada Oueiss
 -versus-
**DEFENDANT:**
Mohammed Bin Salman Bin Abdulaziz Al Saud, Mohammed Bin Zayed Al Nahyan, DarkMatter, Faisal al Bannai, Saudi 24 TV, a broadcast television station owned by the Kingdom of Saudi Arabia, Al Arabiya, a broadcast television station owned by the Kingdom of Saudi Arabia, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Saudi Arabian Cultural Mission, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Collins, Christanne Schey, Hussam Al-Jundi, Annette Smith, John Does 1-20,

DISTRICT COURT

Court Case # **20-CV-25022-JLK**

## Service Info:

Date Received by Legal Retrieval Services, Inc.: **12/16/2020** at **01:40 PM**
**Service:** I Served **Sharon Collins**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Sharon Collins, CO-RESIDENT**

At Residence **9731 BAHAMA DR. MIAMI, FL 33189**

Latitude: **25.580704**
Longitude: **-80.348312**

On **12/16/2020** at **04:59 PM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

## Served Description: (Approx)

Age: **50**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 3"**, Weight: **200**, Hair: **Gray** Glasses: **No**
Other: Refused to give his name but confirmed defendant lives at the address and he lives there. Confirmed with neighboring house as well.

## Document was Mailed To:

Thereafter copies of the documents were mailed by prepaid, first class mail on **12/18/2020** from **151 NORTH NOB HILL ROAD PLANTATION, FL 33324**

## Military Status:

**Military Status = No**

## Marital Status:

Inquired if subject was married and was informed subject was <u>not</u> married.

## Service Comments:

White male 45-55 as described accepted service but refused to give name

I **ROY MILLER** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

 

Job # 2020008923

**Legal Retrieval Services, Inc.**
22 West 48th Street (Suite #1006)
New York, NY 10036

Job # 2020008923

Signature of Server: _Roy Miller_  12-22-2020
**ROY MILLER**
Lic # **2518**

**Legal Retrieval Services, Inc.**
22 West 48th Street (Suite #1006)
New York, NY 10036

Job # 2020008923

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10-22-2023
Date             Commission Expires



Clara Liantaud
Comm. #GG924911
Expires: October 22, 2023
Bonded Thru Aaron Notary

