# AFFIDAVIT OF PROCESS SERVER

| | | |
|---|---|---|
| **U.S. DISTRICT COURT SOUTHERN FLORIDA** | County | State of Florida |

**GHADA OUEISS**

    Plaintiff

vs.

**MOHAMMED bin SALMAN bin ABDULAZIZ AL SAUD, ET AL**

    Defendant

**Case Number:** 20-CV-25022-JLK

**Court / Appearance Date:**
**Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on December 16, 2020 at 1:00 pm to be served upon **CHRISTANNE SCHEY, 11022 BRAIES FOREST DRIVE, HOUSTON, Texas 77071.**

I, MARK WHITMORE, swear and affirm that on **December 16, 2020 at 6:25 pm**, I did the following:

**Individually** Served **CHRISTANNE SCHEY** the person listed as the intended recipient of the legal document with a conformed copy of the **SUMMONS AND COMPLAINT**.

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

_Mark Whitmore_
**MARK WHITMORE**
Process Server

The foregoing instrument was acknowledged before me on this __18__ day of __DEC, 2020__, by __MARK WHITMORE__, who is personally known to me ~~or who has produced~~ ~~as identification.~~

_____ _____
Notary Printed Name    Notary Signature

Internal Job ID: PS-2020-000703

Reference Number: GHADA OUESIS

Commission Expiration Date

TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021