AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-03556-GW-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Annette Smith
was received by me on *(date)* 12/16/2020 .

☑ I personally served the summons on the individual at *(place)* 646 Wanzia Court, Patterson, CA 95363
on *(date)* 12/16/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/18/2020

*Server's signature*

Richard Berberian, RCPS (Stanislaus Co., CA #07-005)
*Printed name and title*

Legal Retrieval Services, Inc.
22 W. 48th St., #1006
New York, NY 10036
*Server's address*

Additional information regarding attempted service, etc:

Additional documents served: Complaint; Civil Cover Sheet

See CA Attachment
#2188341
○ Acknowledgement
☑ Jurat

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Stanislaus

Subscribed and sworn to (or affirmed) before me on this  18  day of  December , 20 20 ,
by           Date                  Month              Year

(1)  Richard Berberian

(and (2)          N/A                         ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

KARINA HERNANDEZ ALCOCER
COMM. # 2188341
NOTARY PUBLIC - CALIFORNIA
STANISLAUS COUNTY
COMM. EXPIRES MARCH 26, 2021

Seal
Place Notary Seal Above