## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 20-CV-25022-JLK

Plaintiff:
**GHADA OUEISS,**

vs.

Defendant:
**MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, MOHAMMED BIN ZAYED AL NAHYAN, DARKMATTER, FAISAL AL BANNAI, SAUDI 24 TV, A BROADCAST TELEVISION STATION OWNED BY THE KINGDOM OF SAUDI ARABIA, AL ARABIYA, A BROADCAST TELEVISION STATIONS OWNED BY THE KINGDOM OF SAUDI ARABIA, PRINCE MOHAMMED BIN SALMAN ABDULAZIZ FOUNDATION D/B/A MISK FOUNDATION, SAUD AL QAHTANI, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, TAREK ABOU ZEINAB, TURKI AL-OWERDE, FAISAL AL MENAIA, AWWAD AL OTAIBI, SHARON COLLINS., ET AL.,**

For:
Daniel L. Rashbaum
Marcus Neiman & Rashbaum LLP

Received by Legal Retrieval Services, Inc. on the 16th day of December, 2020 at 2:57 pm to be served on **HUSSAM AL-JUNDI, 8795 ANDREAS AVENUE, ORLANDO, FL 32832**

I, James A. Braithwaite, being duly sworn, depose and say that on the **16th day of December, 2020 at 3:49 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **HUSSAM AL-JUNDI** at the address of: **8795 ANDREAS AVENUE, ORLANDO, FL 32832**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
LEGAL NAME IS SAM JUNDI

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: MIDDLE EASTERN, Height: 5'9, Weight: 190, Hair: BLACK, Glasses: N



## AFFIDAVIT OF SERVICE For 20-CV-25022-JLK

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalty of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge.

Subscribed and Sworn to before me on the 18th day of December, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JENNIFER GUTHRIE
Commission # GG 957340
Expires May 12, 2024
Bonded Thru Budget Notary Services

_____
James A. Braithwaite
#484

Legal Retrieval Services, Inc.
22 West 48th Street
Suite #1006
New York, NY 10036
(212) 956-2222

Our Job Serial Number: MGP-2020005878

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u