UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-25022-KMM

GHADA OUEISS,

    Plaintiff,

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion to File Under Seal Exhibit "K" in Support of *Ex Parte* Motion for an Order Authorizing Alternate Service of Process on the Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3). ("Mot.") (ECF No. 6). Therein, Plaintiff requests to file under seal Exhibit "K" to the Declaration of Daniel Rashbaum (ECF No. 5-1), which includes "highly sensitive information that is not in the public domain," namely, the "WhatsApp telephone number" of Defendant Mohammed Bin Salman Bin Abdulaziz Al Saud, the Crown Prince of the Kingdom of Saudi Arabia. *Id.* at 2. Having reviewed the Motion, the Court finds good cause to seal the materials requested.

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. 6) is GRANTED. The Clerk of Court is DIRECTED to maintain under SEAL Plaintiff's Exhibit "K" to the Declaration of Daniel Rashbaum (ECF No. 5-1) until further order of this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this  6th   day of January, 2020.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record