## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 20-CV-25022-KMM

GHADA OUEISS,

    Plaintiff,

        v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    Defendants.

_____/

## **NOTICE OF FILING**

Plaintiff Ghada Oueiss hereby gives notice that Defendants Mohammed Bin Salman Bin Abdulaziz Al Saud ("MBS"), Mohammed Bin Zayed Al Nahyan ("MBZ"), Faisal al Bannai ("al Bannai"), Saud Al Qahtani ("Al Qahtani"), Bader Al-Asaker ("Al-Asaker"), DarkMatter, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation ("MiSK Foundation"), Tarek Abou Zeinab ("Zeinab"), Turki Al-Owerde ("Al-Owerde"), Awwad Al Otaibi ("Al Otaibi"), Faisal Al Menaia ("Al Menaia"), and Saudi 24 TV have been served with the Complaint and their respective summons in the manner or manners described below, as authorized by this Court's order dated January 18, 2021 [D.E. 22].  Copies of the Proofs of Service are attached hereto.

    i.    MBS:  Served on January 21, 2021 via hand-delivery on U.S. based counsel.

    ii.    MBZ:  Served on January 20, 2021 via Twitter.

    iii.    al Bannai:  Served on January 29, 2020 via FedEx to DarkMatter in the UAE, made effective by Court order dated January 18, 2021 [D.E. 22].

    iv.    Al Qahtani:  Served on January 21, 2021 via hand-delivery on U.S. based counsel.

    v.    Al-Asaker:  Served on January 20, 2021 via Twitter, and on January 21, 2021 via hand-delivery on U.S. based counsel.

    vi.    DarkMatter:  Served on January 20, 2021 via Twitter.

    vii.    MiSK Foundation: Served on January 21, 2021 via hand-delivery on U.S. based counsel.

    viii.    Zeinab: Served on January 20, 2021 via email to Saudi 24 TV and via Twitter.

    ix.    Al-Owerde: Served on January 22, 2021 via email and via Twitter.

    x.    Al Otaibi: Served on January 22, 2021 via Twitter.

    xi.    Al Menaia: Served on January 22, 2021 via Twitter.

    xii.    Saudi 24 TV: Served on January 20, 2021 via email and via Twitter.

Dated:   January 25, 2021

Respectfully submitted,

/s/ Jason L. Mays
JEFFREY E. MARCUS
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com
DANIEL L. RASHBAUM
Fla. Bar No. 75084
drashbaum@mnrlawfirm.com
JASON L. MAYS
Fla. Bar. No. 106495
jmays@mnrlawfirm.com
Marcus Neiman & Rashbaum LLP
One Biscayne Tower
2 South Biscayne Blvd., Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused the foregoing to be served upon all counsel of record.

/s/ Jason L. Mays
Jason L. Mays