AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mohammed bin Salman Bin Abdulaziz Al Saud
was received by me on *(date)*  01/21/2021  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Mr. Bundy - Authorized Recieving Agent  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Gregory Rapawy,Esq.Counsel
for Mohammed bin Salman Bin Abdulaziz Al Saud  on *(date)*  01/21/2021  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/21/2021

_____
*Server's signature*

Albert Safewright
*Printed name and title*

22 West 48th Street, Suite 1006 New York, NY 10036

_____
*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mohammed bin Salman Bin Abdulaziz Al Saud
was received by me on *(date)* 01/21/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mr. Bundy - Authorized Recieving Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Andrew C. Shen, Esq. Counsel
for Mohammed bin Salman Bin Abdulaziz Al Saud on *(date)* 01/21/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/21/2021

*Server's signature*

Albert Safewright
*Printed name and title*

22 West 48th Street, Suite 1006 New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mohammed bin Salman Bin Abdulaziz Al Saud__
was received by me on *(date)* __01/21/2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Mr. Bundy - Authorized Recieving Agent__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Michael Kellog, Esq. Counsel for Mohammed bin Salman Bin Abdulaziz Al Saud__ on *(date)* __01/21/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __01/21/2021__

_____
*Server's signature*

Albert Safewright
*Printed name and title*

22 West 48th Street, Suite 1006 New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service