Civil Action No. 20-CV-25022-JLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Faisal al Bannai

was received by me on *(date)*  12/22/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the Summons & Complaint upon Faisal al Bannai by mailing both documents via Federal Express International Shipping to Faisal al Bannai. The shipping details are provided below in the Additional Information box.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/04/2021

*Server's signature*

John Brodsky - Process Server
*Printed name and title*

22 West 48th Street (#1006) - New York, N.Y. 10036

*Server's address*

Additional information regarding attempted service, etc:
Service by International Mail was made by shipping the aforementioned Summons & Complaint to:
Faisal al Bannai
Dark Matter
Level 5, Aldar HQ
Abu Dhabi, United Arab Emirates
Federal Express Tracking Number 781826602060
Service by International Mail was perfected on 12/22/2020 @ 4:01 PM (EST)



781826602060 

# Delivered
## Tuesday 12/29/2020 at 1:28 pm

**DELIVERED**

Signed for by: B.BIDOOR

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | ABU DHABI CITY, AB AE |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 781826602060 | FedEx International Economy | 2.4 lbs / 1.09 kgs |

| DIMENSIONS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 12x9x5 in. | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | PACKAGING |
|---|---|---|
| 2.4 lbs / 1.09 kgs | Shipper | FedEx Medium Box |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday | 12/27/2020 by 8:00 pm | Tue 12/22/2020 |

**ACTUAL DELIVERY**
Tue 12/29/2020 1:28 pm

## Travel History

Local Scan Time

**Tuesday , 12/29/2020**

| 1:28 pm | ABU DHABI CITY AE | Delivered |
| 10:11 am | ABU DHABI CITY AE | On FedEx vehicle for delivery |
| 9:20 am | ABU DHABI CITY AE | At local FedEx facility |
| 7:00 am | DUBAI AE | In transit |
| 6:58 am | DUBAI AE | In transit |

| | | |
|---|---|---|
| 3:41 am | DUBAI CITY AE | At destination sort facility |

| Monday , 12/28/2020 | | |
|---|---|---|
| 6:26 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 5:41 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 9:48 am | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |

| Sunday , 12/27/2020 | | |
|---|---|---|
| 6:34 pm | MEMPHIS, TN | Departed FedEx location |
| 6:34 pm | MEMPHIS, TN | In transit |

| Wednesday , 12/23/2020 | | |
|---|---|---|
| 4:24 pm | MEMPHIS, TN | In transit |
| 12:58 pm | MEMPHIS, TN | Arrived at FedEx location |
| 11:22 am | NEWARK, NJ | Departed FedEx location |
| 3:11 am | NEWARK, NJ | Arrived at FedEx location |
| 2:26 am | NEW YORK, NY | Left FedEx origin facility |

| Tuesday , 12/22/2020 | | |
|---|---|---|
| 4:39 pm | NEW YORK, NY | Picked up |
| 4:00 pm | NEW YORK, NY | Picked up |
| | | Tendered at FedEx Office |
| 3:00 pm | | Shipment information sent to FedEx |