AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-25022-KMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bader Al-Asaker
was received by me on *(date)* 01/20/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served Bader Al-Asaker a copy of the Summons (English version), Summons (Arabic translation), Complaint (English version), Complaint (Arabic translation), and Order via his Twitter handle, @Badermasaker

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/25/2021

*Server's signature*

Valiant C. Glickman - Process Server
*Printed name and title*

Legal Retrieval Services, Inc.
22 West 48th Street (Suite #1006)
New York, N.Y. 10036
*Server's address*

Additional information regarding attempted service, etc:
Service was performed on Wednesday, January 20, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bader Al-Asaker__
was received by me on *(date)* __01/21/2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Andre M. Huner, Legal Associate / Intake__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Margarita K. O'Donell, Esq.__
__Counsel for Bader Al-Asaker__ on *(date)* __01/21/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __01/21/2021__

*Server's signature*

__Albert Safewright__
*Printed name and title*

22 West 48th Street, Suite 1006 New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Bader Al-Asaker**
was received by me on *(date)* **01/21/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Andre M. Huner, Legal Associate / Intake**, who is designated by law to accept service of process on behalf of *(name of organization)* **William W. Taylor, III, Esq. Counsel for Bader Al-Asaker** on *(date)* **01/21/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **01/21/2021**

*Server's signature*

**Albert Safewright**
*Printed name and title*

22 West 48th Street, Suite 1006 New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service