AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Prince Mohammed bin Salman bin Abdulaziz Foundation** was received by me on *(date)* **01/21/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Andre M. Huner, Legal Associate / Intake**, who is designated by law to accept service of process on behalf of *(name of organization)* **William W. Taylor, Esq. Counsel of Prince Mohammed bin Salman bin Abdulaziz Foundation** on *(date)* **01/21/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **01/21/2021**

_____
*Server's signature*

**Albert Safewright**
*Printed name and title*

**22 West 48th Street, Suite 1006 New York, NY 10036**
*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-25022-JLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Prince Mohammed bin Salman bin Abdulaziz Foundation
was received by me on *(date)* 01/21/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andre M. Huner, Legal Associate / Intake, who is designated by law to accept service of process on behalf of *(name of organization)* Margarita K. O'Donell, Esq. for Prince Mohammed bin Salman bin Abdulaziz Foundation on *(date)* 01/21/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/21/2021

*Server's signature*

Albert Safewright
*Printed name and title*

22 West 48th Street, Suite 1006 New York, NY 10036

*Server's address*

Additional information regarding attempted service, etc:
Served with Summons & Complaint:
Copy of Summons & Complaint in Arabic
Order : Authorizing Alternative Service