AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-25022-KMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Awwad Al Otaibi
was received by me on *(date)* 01/22/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Awwad Al Otaibi a copy of the Summons (English version), Summons (Arabic translation), Complaint (English version), Complaint (Arabic translation), and Order via his Twitter handle, @awwadsalotaibi

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/25/2021

*Server's signature*

Valiant C. Glickman - Process Server
*Printed name and title*

Legal Retrieval Services, Inc.
22 West 48th Street (Suite #1006)
New York, N.Y. 10036
*Server's address*

Additional information regarding attempted service, etc:
Service was performed on Friday, January 22, 2021