AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-25022-KMM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Saudi 24 TV

was received by me on *(date)*          01/20/2021          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Saudi 24 TV a copy of the Summons (English version), Summons (Arabic translation), Complaint (English version), Complaint (Arabic translation), and Order via its Twitter handle, @Saudi_24
(See Additional Information below)

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     01/25/2021

*Server's signature*

Valiant C. Glickman - Process Server
*Printed name and title*

Legal Retrieval Services, Inc.
22 West 48th Street (Suite #1006)
New York, N.Y. 10036
*Server's address*

Additional information regarding attempted service, etc:

Service was performed on Wednesday, January 20, 2021

I also served Saudi 24 TV the aforementioned documents via the following two Email Addresses:
1) ad@24saudi.tv
2) support@24saudi.tv