IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-CV-25022-KMM

GHADA OUEISS

    Plaintiff,

v.

MOHAMMED BIN SALMAN BINN, ABDULAZIZ AL SAUD, et al.,

    Defendants.

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF EMAIL ADDRESSES**

**PLEASE TAKE NOTICE** that the undersigned attorney, reserving all defenses, including as to jurisdiction, enters his appearance as counsel for Defendants Faisal Al Menaia, Awwad Al Otaibi and Turki Al Owerde in this action. Undersigned counsel requests that all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number, facsimile number and email addresses:

    Primary:    andrew.kruppa@squirepb.com
    Secondary:    patricia.sullivan@squirepb.com
                  FLA_DCKT@squirepb.com

Dated:  February 1, 2021

Respectfully submitted,

_s/ Andrew R. Kruppa_____
Andrew R. Kruppa (Fla. Bar No. 63958)
andrew.kruppa@squirepb.com
**Squire Patton Boggs (US) LLP**
200 S. Biscayne Boulevard, Ste. 4700
Miami, Florida  33131
(305) 577-7000
(305) 577-7001 (fax)

Mitchell R. Berger (*pro hac vice* forthcoming)
mitchell.berger@squirepb.com
Benjamin D. Wood (*pro hac vice* forthcoming)
**Squire Patton Boggs (US) LLP**
2550 M Street NW
Washington DC 20037
(202) 457-6000
(202) 457-6315 (fax)

*Counsel for Faisal Al Menaia, Awwad Al Otaibi, and Turki Al Owerde*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF on February 1, 2021.

/s/ *Andrew R. Kruppa*_____
Andrew R. Kruppa