UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GHADA OUEISS,

       Plaintiff,                           CASE NO.: 1:20-cv-25022-KMW

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD et al.

       Defendants.

_____

## NOTICE OF APPEARANCE

Stephen James Binhak, of the Law Office of Stephen James Binhak, P.L.L.C., enters this appearance as counsel on behalf of Defendants, Dark Matter and Faisal al Bannai in this case.

Please serve all pleadings and papers on Mr. Binhak at the address listed below.

February 3, 2021

                                                    Respectfully Submitted,

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Dark Matter and Faisal al Bannai*
1221 Brickell Ave., Suite 2010
Miami, Florida 33131
Telephone: (305) 361-5500
Facsimile: (305) 428-9532

By:\_\_\_/s/ Stephen James Binhak\_\_\_\_
Stephen James Binhak, Esq.
Florida Bar No. 736491
binhaks@binhaklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Stephen James Binhak
STEPHEN JAMES BINHAK