## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 20-cv-25022-KMM

GHADA OUEISS,

      Plaintiff,

vs.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

      Defendants.

_____

### **Rule 7.1 Disclosure Statement of Defendant DarkMatter**

I, the undersigned, counsel of record for Defendant DarkMatter, pursuant to Federal Rule of Civil Procedure 7.1, certify that to the best of my knowledge and belief, DarkMatter has no parent corporation, and there is no publicly held corporation that owns 10% or more of the stock of DarkMatter.

Dated: March 9, 2021

Respectfully submitted,

   */s/ Stephen J. Binhak*

Stephen J. Binhak
Fla. Bar No. 736491
binhaks@binhaklaw.com
The Law Office of Stephen James Binhak,
P.L.L.C.
1 SE 3rd Avenue, Suite 2600
Miami, Florida 33131
Tel:  (305) 361-5500
Fax:  (305) 428-9532

Anthony T. Pierce (*pro hac vice*)
James E. Tysse (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com

Natasha Kohne (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
(415) 765-9500
Fax: (415) 765-9501
nkohne@akingump.com

*Attorneys for Defendants DarkMatter and Faisal Al Bannai*