UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GHADA OUEISS,

      Plaintiff,                        CASE NO.: 1:20-cv-25022-KMW

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD et al.

      Defendants.

------------------------------------------------------

## DARKMATTER'S AND FAISAL AL BANNAI'S UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION TO DISMISS WHICH EXCEEDS TWENTY PAGES

Defendants DarkMatter and Faisal Al Bannai file this Unopposed Motion for Leave to File a Motion to Dismiss Which Exceeds Twenty Pages.

1. On December 9, 2020, Ms. Oueiss filed her complaint in this case [D.E. 1].

2. On January 26, 2021, DarkMatter and Mr. Al Bannai agreed to accept service of the complaint [D.E. 30]. Consequently, their response to the complaint is due on March 26, 2021.

3. Rather than filing two separate briefs of up to twenty pages, DarkMatter and Mr. Al Bannai intend to file a single Motion to Dismiss the Complaint. Dark Matter and Mr. Al Bannai believe that a single brief will avoid duplication and increase efficiency.

4. In the motion, DarkMatter and Mr. Al Bannai intend to raise several defenses including lack of personal jurisdiction (as both are domiciled in the UAE and do not have jurisdictionally relevant contacts with Florida or the United States) and failure to state a claim upon which relief can be granted.

5. To address all of the matters that are appropriate for the Court to consider on these issues, counsel for Dark Matter and Mr. Al Bannai request that the Court allow them file a memorandum of up to 30 pages rather than the 20 pages that Local Rule 7.1 generally allows.

6. Counsel for Ms. Oueiss has indicated that they do not oppose the request to file a brief of up to 30 pages.

7. For the foregoing reasons, Dark Matter and Mr. Al Bannai request that Court grant this Unopposed Motion for Leave to File a Motion to Dismiss Which Exceeds Twenty Pages.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that opposing counsel does not oppose the relief requested in this motion.

Dated: March 22, 2021

Respectfully submitted,

   */s/* Stephen J. Binhak
Stephen J. Binhak
Fla. Bar No. 736491
binhaks@binhaklaw.com
The Law Office of Stephen James
Binhak, P.L.L.C.
1 SE 3rd Avenue, Suite 2600
Miami, Florida 33131
Tel: (305) 361-5500
Fax: (305) 428-9532

Anthony T. Pierce (*pro hac vice*)
James E. Tysse (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com
jtysse@akingump.com

Natasha G. Kohne (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501
nkohne@akingump.com

*Attorneys for Defendants DarkMatter and Faisal Al Bannai*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Stephen James Binhak  
STEPHEN JAMES BINHAK