**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CV-25022-KMM**

GHADA OUEISS,

      Plaintiff,

           v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

      Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE AMENDED COMPLAINT**

Plaintiff, Ghada Oueiss ("Plaintiff' or "Ms. Oueiss") files this Unopposed Motion for Extension of Time to File Amended Complaint, in which she requests an extension of twenty-one (21) days from the current deadline of May 24, 2021, to file her Amended Complaint.  Plaintiff has conferred with Defendants about her requested extension, and Defendants have indicated that they do not oppose the request.  As grounds for this Unopposed Motion, Plaintiff states as follows:

1. On December 9, 2020, Plaintiff initiated this action by filing her Complaint with the Court.  *See* ECF No. 1.

2. On January 29, 2021, Defendants Sharon Collins, Hussam Al-Jundi, Christanne Schey, and Annette Smith (together, the "USA Defendants") filed their Motion to Dismiss Plaintiff's Complaint.  *See* ECF No. 32.

3. On March 26, 2021, Defendants Mohammed Bin Salman Bin Abdulaziz Al Saud, MBZ, DarkMatter, Faisal al Bannai, Saudi 24 TV, Al Arabiya, Prince Mohammed Bin Salman Abdulaziz Foundation ("MiSK Foundation"), Saud Al Qahtani, Bader Al-Asaker, Saudi Arabian Cultural Mission ("SACM"), Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, and Awwad Al Otaibi (together, the "Foreign Defendants")

filed their respective Motions to Dismiss Plaintiff's Complaint. *See* ECF Nos. 98, 104, 106, 108, 109, 110, 111, 112, 113, and 114.

4. On April 2, 2021, Plaintiff filed a Motion for an Order Authorizing Expedited Jurisdictional Discovery Against the Foreign Defendants or, in the Alternative, a Motion for Extension of Time to File an Amended Complaint. *See* ECF No. 129.

5. On April 5, 2021, the Court entered an order granting in part and denying in part Plaintiff's Motion. *See* ECF No. 131. Specifically, in relevant part, the Court granted Plaintiff an extension of time until May 24, 2021, to file an Amended Complaint, and held in abeyance further briefing on Defendants' Motions to Dismiss.[1] *Id.*

6. Plaintiff is diligently preparing her Amended Complaint, which will contain several new allegations regarding the hacking of her mobile device, among other allegations. Because of the technical nature of Defendants' alleged hack-and-leak operation, however, Plaintiff requests an additional twenty-one (21) days to integrate her factual findings into the Amended Complaint.

7. Plaintiff has conferred with Defendants about her requested extension of time, and Defendants have indicated that they do not oppose the request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend Plaintiff's deadline for filing an Amended Complaint by twenty-one (21) days, from May 24, 2021, until June 14, 2021.

---

[1] In the same order, the Court denied as moot Plaintiff's request for expedited jurisdictional discovery against the Foreign Defendants given the Court's order of the same day that "all pretrial obligations in this matter, including discovery, are STAYED until the Court resolves the pending Motions to Dismiss." *See* ECF Nos 130, 131.

Dated:   May 17, 2021

Respectfully submitted,

/s/  Daniel L. Rashbaum
JEFFREY E. MARCUS
Fla. Bar No.  310890
jmarcus@mnrlawfirm.com
DANIEL L. RASHBAUM
Fla. Bar No. 75084
drashbaum@mnrlawfirm.com
JASON L. MAYS
Fla. Bar No. 106495
jmays@mnrlawfirm.com

Marcus Neiman & Rashbaum LLP
One Biscayne Tower
2 South Biscayne Blvd., Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

*Counsel for Plaintiff Ms. Oueiss*

## LOCAL RULE 7.1(a)(3) STATEMENT

The undersigned counsel for Plaintiff certifies that his firm has conferred with counsel for Defendants, and Defendants have indicated that they do not oppose the requested relief.

## CERTIFICATE OF SERVICE

On May 17, 2021, I filed the foregoing with the Southern District of Florida's CM/ECF case management system, which has caused the same to be served upon all counsel of record.

/s/___Daniel L. Rashbaum__