UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC in the above-styled action. Accordingly, please send copies of all filings which the Defendants are entitled to receive to the undersigned counsel.

Dated: June 23, 2021

Respectfully Submitted,

*/s/ Daria Pustilnik*
Daria Pustilnik (Florida Bar No. 92514)
Daria.Pustilnik@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100

*Attorney for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC*