UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, having already been granted *pro hac vice* admission to this Court in the above-styled action (Dkt. No. 72, Receipt No. AFLSDC-14369279), hereby appears as counsel for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC. Accordingly, please send copies of all filings which the Defendants are entitled to receive to the undersigned counsel to AFee@milbank.com.

Dated: June 23, 2021            Respectfully Submitted,

                                            */s/ Adam Fee*
                                            Adam Fee
                                            AFee@milbank.com
                                            **MILBANK LLP**
                                            55 Hudson Yards
                                            New York, New York 10001
                                            Telephone: (212) 530-5101

                                            *Attorney for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC*