UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## NOTICE OF STRIKING DKT. NOS. 142 & 143

**PLEASE TAKE NOTICE** that, pursuant to the Clerk's Notices to Filer and the instructions contained therein (Dkt. Nos. 144, 145), the undersigned hereby strikes the Notices to the Court for Pro Hac Vice Attorney to Receive Electronic Notification (Dkt. Nos. 142, 143) from the docket in the above-styled action.

Dated: June 24, 2021

Respectfully Submitted,

*/s/ Daria Pustilnik*
Daria Pustilnik (Florida Bar No. 92514)
Daria.Pustilnik@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100

*Attorney for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC*