# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZLLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Adam Fee of Milbank LLP, having already been granted *pro hac vice* admission to this Court in the above-styled action (Dkt. No. 72, Receipt No. AFLSDC-14369279), hereby appears as counsel for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC. Accordingly, please send copies of all filings that the Defendants are entitled to receive to Adam Fee at AFee@milbank.com

| | |
|---|---|
| Dated: June 24, 2021 | Respectfully Submitted, |
| | */s/ Daria Pustilnik* |
| | Daria Pustilnik (Florida Bar No. 92514)<br>Daria.Pustilnik@kobrekim.com<br>Evelyn Baltodano-Sheehan (Florida Bar No. 944351)<br>Evelyn.Sheehan@kobrekim.com<br>**KOBRE & KIM LLP**<br>201 South Biscayne Boulevard |

1

Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100

Adam Fee
AFee@milbank.com
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5101

John Lu
JLu@milbank.com
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067-3019
Telephone: (424) 386-4318

*Attorneys for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC*

2