UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John Lu of Milbank LLP, having already been granted *pro hac vice* admission to this Court in the above-styled action (Dkt No. 73; Receipt No. AFLSDC-14369293), hereby appears as counsel for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat Corporation LLC. Accordingly, please send copies of all filings that the Defendants are entitled to receive to John Lu at JLu@milbank.com.

Dated:  June 24, 2021

Respectfully Submitted,

*/s/ Daria Pustilnik*

Daria Pustilnik (FL Bar No. 92514)
Daria.Pustilnik@kobrekim.com
Evelyn Baltodano-Sheehan (FL Bar No. 944351)
Evelyn.Sheehan@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard

1

Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100

Adam Fee
AFee@milbank.com
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5101

John Lu
JLu@milbank.com
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067-3019
Telephone: (424) 386-4318

*Attorneys for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC*