## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Adam Fee of the law firm Milbank LLP for the purpose of appearance as counsel on behalf of Masharea wa Enjazat IT Corporation LLC and Middle East News, FZ-LLC, defendants in the above-captioned case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Adam Fee to receive electronic filings in this case, and in support thereof states as follows:

1.    Plaintiff incorrectly named Masharea wa Enjazat IT Corporation LLC and Middle East News, FZ-LLC as Saudi 24 TV and Al Arabiya, respectively, in the original Complaint (Dkt. No. 1). The Court granted the motion for the admission *pro hac vice* of Adam Fee to act in this

1

case on behalf of improperly named Saudi 24 TV and Al Arabiya (Dkt. No. 72). Plaintiff corrected the names in the Amended Complaint (Dkt. No. 135, ¶¶ 89, 91). Accordingly, the Court terminated improperly named Saudi 24 TV and Al Arabiya (Dkt. No. 136). While Adam Fee is already admitted *pro hac vice* in this case, the undersigned respectfully request that Adam Fee be associated with newly-named parties Masharea wa Enjazat IT Corporation LLC and Middle East News, FZ-LLC.

2.   Adam Fee is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of New York; the United States District Court for the Southern District of New York; and the United States Court of Appeals for the Second Circuit. He is not engaged in general practice in this District.

3.   Movant, Evelyn Baltodano-Sheehan, of the law firm Kobre & Kim LLP, 201 South Biscayne Blvd. Suite 1900, Miami, Florida 33131, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

4.   In accordance with the local rules of this Court, Adam Fee has previously made payment of this Court's $200 admission fee (Receipt No: AFLSDC-14369279), when he moved for and obtained *pro hac vice* admission on behalf of former defendants Saudi 24 TV and Al Arabiya. A certification in accordance with Rule 4(b) is attached hereto.

5. Adam Fee, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Adam Fee at the email address: afee@milbank.com.

WHEREFORE, Evelyn Baltodano-Sheehan moves this Court to enter an Order allowing Adam Fee to appear before this Court on behalf of Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC for all purposes relating to the proceedings in the above-captioned matter and directing the Clerk to provide notices of electronic filings to Adam Fee in this case.

Dated:  June 30, 2021    Respectfully Submitted,

*/s/ Evelyn Baltodano-Sheehan*
Evelyn Baltodano-Sheehan
(Florida Bar No. 944351)
Evelyn.Sheehan@kobrekim.com
**KOBRE & KIM LLP**
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 967-6100

*Attorney for Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

    Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## **CERTIFICATION OF ADAM FEE**

I, Adam Fee, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review and Discipline of Attorneys in the Southern District of Florida hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of New York; the United States District Court for the Southern District of New York; and the United States Court of Appeals for the Second Circuit; and (3) I have not filed more than three motions for *pro hac vice* admission in separate representations before the Courts of this District within a 365-day period.

                                          /s/ *Adam Fee*
                                          Adam Fee