UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25022-MOORE/LOUIS

Ghada Oueiss

      Plaintiff,

v.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZ-LLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al-Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for John Lu, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court considered the Motion and all relevant materials.  It is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. John Lu may appear and participate in this action on behalf of Defendants Middle East News, FZ-LLC and Masharea wa Enjazat IT Corporation LLC.

1

The Clerk shall provide electronic notification of all electronic filings to John Lu at JLu@milbank.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____, 2021.

_____
HON. K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record