IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GHADA OUEISS,

    *Plaintiff*,

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    *Defendants*.

Case No. 20-CV-25022-KMM

**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7(d), Defendant Mohammed bin Salman bin Abdulaziz Al Saud ("the Crown Prince") respectfully moves for leave to file a brief of no more than 50 pages in support of his motion to dismiss the Amended Complaint. Counsel for Plaintiff does not oppose the requested relief.

The Complaint in this action was filed on December 9, 2020. *See* ECF No. 1. On February 2, 2021, the Court granted the Crown Prince's motion for leave to enlarge the page limitation for his motion to dismiss, and ruled that the Crown Prince may file a motion to dismiss that "shall not exceed fifty (50) pages." ECF No. 35. On March 26, 2021, the Crown Prince filed his motion to dismiss the Complaint. *See* ECF No. 98. Rather than oppose the motion, Plaintiff filed an Amended Complaint on June 14, 2021. *See* ECF No. 135. In an Order dated June 21, 2021, the Court ruled that "Defendants' motions to dismiss [the Amended Complaint] shall be due on or before August 2, 2021; Plaintiff's responses in opposition shall be due on or before September 20, 2021; and Defendants' replies shall be due on or before October 14, 2021." ECF No. 139.

-2-

Given the complexity and number of the issues raised by Oueiss's numerous claims, the Crown Prince respectfully submits that an enlargement of the 20-page limit in Local Rule 7(d) for his motion to dismiss the Amended Complaint is warranted. As was the case with his motion to dismiss the initial Complaint, the Crown Prince expects that many of the arguments made in his briefing will be adopted by other Defendants. An enlargement of the page limit for the Crown Prince's brief to 50 pages will therefore serve to streamline the presentation of issues to the Court and reduce the overall amount of briefing submitted to the Court.

\* \* \*

WHEREFORE, the Crown Prince respectively requests leave to file a brief of no more than 50 pages in support of his motion to dismiss the Amended Complaint.

-3-

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that they have conferred with counsel for Plaintiff in a good-faith effort to resolve the issues raised in this motion. Plaintiff's counsel does not oppose the relief requested herein.

July 23, 2021                                                          Respectfully submitted,

  /s/ *Benjamin H. Brodsky*

Michael K. Kellogg (*pro hac vice*)                  Benjamin H. Brodsky (Fla. Bar No. 73748)
Gregory G. Rapawy (*pro hac vice*                    **BRODSKY FOTIU-WOJTOWICZ PLLC**
Andrew C. Shen (*pro hac vice*)                      200 SE 1st Street, Suite 400
**KELLOGG, HANSEN, TODD, FIGEL &**                   Miami, Florida 33131
  **FREDERICK, P.L.L.C.**                  (305) 503-5054
1615 M Street, N.W., Suite 400                       bbrodsky@bfwlegal.com
Washington, D.C. 20036                               docketing@bfwlegal.com
(202) 326-7900
mkellogg@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com

*Attorneys for Defendant Mohammed bin Salman bin Abdulaziz Al Saud*

## **CERTIFICATE OF SERVICE**

I certify that on July 23, 2021, I electronically filed the foregoing Consent Motion for Leave 5o File Excess Pages, using the ECF system, which sent notice of filing in this matter to all counsel of record.

/s/ Benjamin H. Brodsky
Benjamin H. Brodsky, Esq.
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz Al Saud*