# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GHADA OUEISS,<br><br> *Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br><br> *Defendants*. | Case No. 20-CV-25022-KMM |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Consent Motion for Leave to File Excess Pages, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud may file a brief of no more than 50 pages in support of his motion to dismiss the Amended Complaint.

SO ORDERED this _____ day of _____ 2021.

                 _____
                 Hon. K. Michael Moore
                 United States Chief District Judge