UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GHADA OUEISS,

       Plaintiff,                                          CASE NO.: 1:20-cv-25022-KMW

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD et al.

       Defendants.

--------------------------------------------------------

**DARK MATTER'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE ADDITIONAL PAGES**

Dark Matter files this Unopposed Motion For Leave To File Additional Pages. Because the Amended Complaint contains extensive and complex allegations, Dark Matter requests that the Court allow the company to file a 30-page Motion to Dismiss.

1. On December 9, 2020, Ms. Oueiss filed her complaint [D.E. 1].

2. On March 26, 2021, Dark Matter filed a Motion to Dismiss the Complaint [D.E. 108]. Numerous other defendants also filed motions to dismiss.

4. Rather than responding to the motions to dismiss, Ms. Oueiss filed an amended complaint on June 14, 2021 [D.E. 135].

5. On June 21, 2021, the Court ordered that "Defendants' motions to dismiss [the Amended Complaint] shall be due on or before August 2, 2021; Plaintiff's responses in opposition shall be due on or before September 20, 2021; and Defendants' replies shall be due on or before October 14, 2021 [D.E. 139]." Accordingly, Dark Matter's motion to dismiss is due on August 2, 2021.

6. In her 98 page Amended Complaint, Ms. Oueiss brings four claims against Dark Matter: 1. Violations of the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030(b), 1030(a)(2)(C), (Count II); 2. Intentional Infliction of Emotional Distress (Count III); 3. Intrusion (Count IV); and 4. Civil Conspiracy (Count VI).

7. In its motion to dismiss the Amended Complaint, DarkMatter intends to raise several defenses including lack of personal jurisdiction (the company is domiciled in the UAE and does not have jurisdictionally relevant contacts with Florida or the United States), common-law foreign official immunity, and failure to state a claim upon which relief can be granted.

8.     To address all of the matters that are appropriate for the Court to consider on these issues, counsel for Dark Matter requests that the Court allow the company to file a memorandum of up to 30 pages rather than the 20 pages that Local Rule 7.1 ordinarily allows.

6.     Counsel for Ms. Oueiss does not oppose DarkMatter's request to file a brief of up to 30 pages.

7.     For the foregoing reasons, Dark Matter and Mr. Al Bannai request that Court grant this Unopposed Motion For Leave To File Additional Pages.

Dated: July 26, 2021                                              Respectfully submitted,

                                                                                                */s/* Stephen J. Binhak
                                                                                          Stephen J. Binhak
                                                                                          Fla. Bar No. 736491
                                                                                          binhaks@binhaklaw.com
                                                                                          The Law Office of Stephen James Binhak, P.L.L.C.
                                                                                          1 SE 3rd Avenue, Suite 2600
                                                                                          Miami, Florida 33131
                                                                                          Tel: (305) 361-5500
                                                                                          Fax: (305) 428-9532

| | |
|---|---|
| Natasha G. Kohne (*pro hac vice*) | Anthony T. Pierce (*pro hac vice*) |
| Akin Gump Strauss Hauer & Feld LLP | James E. Tysse (*pro hac vice*) |
| 580 California Street, Suite 1500 | Akin Gump Strauss Hauer & Feld LLP |
| San Francisco, CA 94104 | 2001 K Street N.W. |
| Tel: (415) 765-9500 | Washington, D.C. 20006 |
| Fax: (415) 765-9501 | Tel: (202) 887-4000 |
| nkohne@akingump.com | Fax: (202) 887-4288 |
| | apierce@akingump.com |
| | jtysse@akingump.com |

*Attorneys for Defendants DarkMatter*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2021, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Stephen James Binhak  
STEPHEN JAMES BINHAK