UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-25022-KMM

GHADA OUEISS,

    Plaintiff,

vs.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT DARKMATTER'S UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL PAGES**

THIS MATTER is before the Court on DarkMatter's Unopposed Motion for Leave to File Additional Pages. The Court has considered the Motion and all other relevant factors, and it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. DarkMatter's Motion to Dismiss the Amended Complaint may be up to 30 pages long.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2021.

 

_____
K. Michael Moore
United States District Judge

Copies furnished to: All Counsel of Record