UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-25022-KMW

Ghada Oueiss,

    Plaintiff,

vs.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZLLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al- Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

## USA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

Defendants Sharon Van Rider, Christanne Schey, Sam Jundi, and Annette Smith (collectively, "the USA Defendants") respectfully move for leave to file additional pages. Because Plaintiff's Amended Complaint contains extensive and complex allegations, the USA Defendants request that the Court allow them to file a 30-page Motion to Dismiss.

1. On December 9, 2020, Plaintiff filed her initial Complaint [D.E. 1].

2. On January 29, 2021, the USA Defendants filed their Motion to Dismiss the Complaint [D.E. 32]. Other defendants also filed motions to dismiss.

3. Rather than responding to the motions to dismiss, on June 14, 2021, Plaintiff filed an Amended Complaint [D.E. 135].

4.      On June 21, 2021, the Court ordered that "Defendants' motions to dismiss [the Amended Complaint] shall be due on or before August 2, 2021; Plaintiff's responses in opposition shall be due on or before September 20, 2021; and Defendants' replies shall be due on or before October 14, 2021" [D.E. 139].

5.      Accordingly, the USA Defendants' forthcoming Motion to Dismiss the Amended Complaint is due on August 2, 2021.

6.      In her 98-page Amended Complaint, Plaintiff brings three claims against the USA Defendants, all under Florida law:

- Count III: Intentional Infliction of Emotional Distress
- Count V: Libel
- Count VI: Civil Conspiracy

7.      In their Motion to Dismiss the Amended Complaint, the USA Defendants intend to argue that Plaintiff's new pleading fails to state a claim upon which relief can be granted, based on both discretionary principles and substantive flaws.

8.      To address the myriad issues that the Court should consider at this motion stage, counsel for the USA Defendants requests that the Court allow them to file a memorandum of up to 30 pages rather than the 20 pages that Local Rule 7.1 permits.

9.      Counsel for Plaintiff does not oppose this Motion for Leave to File Additional Pages.

10.     Therefore, the USA Defendants respectfully request that Court grant this Unopposed Motion for Leave to File Additional Pages.

Dated: July 27, 2021

Respectfully submitted,

<u>Marcos Daniel Jiménez</u>
Marcos Daniel Jiménez
 Florida Bar No. 441503
**Marcos D. Jiménez, P.A.**
255 Alhambra Circle, 8th Floor
Miami, FL 33134
Tel:  305-570-3249
Fax:  305-437-8158
Email: mdj@mdjlegal.com

*Counsel for Defendants Sharon Van Rider, Christanne Schey, Sam Jundi, and Annette Smith*