UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-25022-KMW

Ghada Oueiss,

    Plaintiff,

*vs*.

Mohammed Bin Salman Bin Abdulaziz Al Saud, DarkMatter, Masharea wa Enjazat IT Corporation LLC, Middle East News, FZLLC, Prince Mohammed Bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Saud Al Qahtani, Bader Al- Asaker, Tarek Abou Zeinab, Turki Al-Owerde, Faisal Al Menaia, Awwad Al Otaibi, Sharon Van Rider, Christanne Schey, Sam Jundi, Annette Smith, John Does 1-20,

    Defendants.

_____/

**[PROPOSED] ORDER ON USA DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE ADDITIONAL PAGES**

THIS MATTER is before the Court on USA Defendants' Unopposed Motion for Leave to File Additional Pages. The Court has considered the Motion and all other relevant factors, and it is hereby ORDERED AND ADJUDGED that:

1.    The Motion is GRANTED.

2.    USA Defendants' may file a brief of no more than 30 pages in support of their Motion to Dismiss the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____ 2021.

                                                                                         _____
                                                                                         Hon. K. Michael Moore
                                                                                         United States Chief District Judge