## EXHIBIT A

- **Allegation:** "Defendant Van Rider took part in defaming and otherwise launching personal attacks on Ms. Oueiss. For instance, on June 7, 2020, in response to Ms. Oueiss' tweet about the stolen Personal and Private Photos, Defendant Van Rider responded and said that Ms. Oueiss '[sold her]self for a story' and that's why she is 'in the position [she is] in'—a similar (false) accusation hurled at Ms. Oueiss by Defendant Smith." (Am. Compl. ¶ 199) (Ms. Van Rider and Ms. Smith).

- **Actual tweet:** "Seriously Lady, defending the freedom of speech. Really, u are the one who sold yourself to terrorists to get a story. You're the one sending out ugly messages about Trump's daughter. This is about your actions lady, and your actions isn't for women's rights, it's the opposite." (Am. Compl. ¶ 200; USA Defs.' MTD, Ex. E) (Ms. Van Rider).

- **Actual tweet:** "She is no different than Kamala Harris. Using their 'Natural Talent' to obtain the current position they hold and when they are criticized for using such 'Natural Talent' people are being racists, sexist, whatever 'ist' / 'ism' they throw out to deflect their own wrong doing." (Am. Compl. ¶ 203) (Ms. Van Rider).

- **Actual tweet:** "Ghada went for a dip in Hamad's Jacuzzi and these photos were leaked. She blames Saudi Arabia for it when she should blame herself. 🤦" (*Id.* ¶ 221; USA Defs.' MTD, Ex. E) (Ms. Smith).