## EXHIBIT B

- **Allegation:** "That same day, Defendant Van Rider responded to a tweet by Ms. Oueiss which displayed a picture of deceased journalist Mr. Khashoggi, along with numerous other journalists who were either killed, detained, or missing at the hands of Defendant MBS—a picture in solidarity with the freedom of press and journalism. Defendant Van Rider responded to Ms. Oueiss' tweet and accused her of working for 'Qatar who ended up hiding the Master Mind behind 9/11 when America was demanding for Justice.'" (Am. Compl. ¶ 201) (Ms. Van Rider).

- **Allegation:** "On June 11, 2020, Defendant Jundi attacked another Twitter user for defending Ms. Oueiss. In his tweet, he stated that Ms. Oueiss' father was the 'largest Israeli agent in the Army of Lahd[.]' As noted above, Defendant Van Rider hurled the same false allegation at Ms. Oueiss on the same day that Defendant Jundi posted this." (*Id.* ¶ 212) (Mr. Jundi and Ms. Van Rider).

- **Allegation:** "On June 14, 2020, Defendant Jundi, in response to a tweet mentioning Ms. Oueiss, replied as follows: 'To the #Jacuzzi beings . . . oh Ghada, who like your father – he was the most senior Israeli agent in the Lahad Army – . . . who ate from the goodness of Saudi Arabia, was a model then excelled in betrayal. No matter how you tweet you will never be less honourable.'" (*Id.* ¶ 213) (Mr. Jundi).

- **Allegation:** "On June 18, 2020, Defendant Jundi, in response to a tweet mentioning Ms. Oueiss, replied that Ms. Oueiss (and another journalist) were 'all traitors' and were only concerned with money." (*Id.* ¶ 214) (Mr. Jundi).

- **Allegation:** "On June 23, 2019, Defendant Jundi tweeted that Ms. Oueiss was a hypocrite, who was paid to report on events that suited her employers' political agenda." (*Id.* ¶ 215) (Mr. Jundi).

- **Allegation:** "Throughout June 2020, Defendant Smith continued to post defamatory tweets about Ms. Oueiss, including outlandishly claiming that Ms. Oueiss was a 'propagandist' who worked for 'the same bastards that fund terrorism around the globe.'" (*Id.* ¶ 222.) (Ms. Smith).

- **Actual tweet:** "WTF, and that's her dad.. Well, it does explain a lot about this" (Am. Compl. ¶ 224) (Ms. Van Rider, retweeted by Ms. Smith).

- **Allegation:** "On December 13, 2020, Defendant Schey – using an alternative account @Haiya20117586, after her prior account was suspended by Twitter – tweeted that Ms. Oueiss was a 'troll' for 'terrorists,' and that Defendant Schey was 'proud to share the docket with beloved friends' and Defendant MBS." (*Id.* ¶ 230.) (Ms. Schey).