# EXHIBIT D

- **Allegation:** "In a shocking turn, Defendant MBS, having previously relied on bots and trusted agents, elevated his attacks to a new instrument of his warfare: the use of unregistered American agents to work for and carry out his personal vendettas in the U.S." (Am. Compl. ¶ 27.)

- **Allegation:** "Indeed, Defendant Zeinab has (publicly and privately) instructed numerous members in the Network to post pro-Defendant MBS propaganda videos. He also has assisted members of the Network, such as Defendant Van Rider, in editing such videos:" (*Id.* ¶ 102.)

    - **Actual tweet:** "I have decided to do my first direct video ever, 2 I wanted to thank @TarekLebanon1 for his help with help and edits. This is a video for all the crappy attacks that Trump & Saudi supporters have been under due to WP article." (*Id.*)

- **Allegation:** "Additionally, *The Herald Report's* Twitter account which, upon information and belief, is operated by Defendant Al-Owerde, has instructed members of the Network, including Defendant Van Rider, to follow certain Twitter users:" (*Id.* ¶ 112.)

    - **Actual tweet:** "Everyone, please #follow this very talented writer who is highly active in the quest for freedom of his people. He has also written great articles on the site and he came very highly recommended. This is just one example. Please support him. 🙏 " (*Id.*)

- **Allegation:** "[T]he Recruiting Defendants (i.e., Zeinab, Al Menaia, Al-Owerde, and Al Otaibi) instructed the Network to spread the stolen content to defame, injure and humiliate Ms. Oueiss." (*Id.* ¶ 196.)

- **Allegation:** "[V]arious members of the Network agreed—at the behest of the Recruiting Defendants—to disseminate the stolen photographs of Ms. Oueiss on Twitter with the intent to disparage and defame Ms. Oueiss." (*Id.* ¶ 197.)

- **Allegation:** "Defendant Van Rider was instructed by the Recruiting Defendants (i.e., Defendants Zeinab, Al-Owerde, Al Otaibi and Al Menaia), operating under the directed strategy of Defendants MBS, Al Qahtani and Al-Asaker, to personally attack Ms. Oueiss on Twitter." (*Id.* ¶ 204.)

- **Allegation:** "Defendant Jundi was instructed by the Recruiting Defendants (i.e., Zeinab, Al-Owerde, Al Otaibi and Al Menaia), operating under the directed strategy of Defendants MBS, Al Qahtani and Al-Asaker, to personally attack Ms. Oueiss on Twitter." (*Id.* ¶ 216.)

- **Allegation:** "Defendant Smith was instructed by the Recruiting Defendants (i.e., Zeinab, Al-Owerde, Al Menaia and Al Otaibi), operating under the directed strategy of Defendants MBS, Al Qahtani and Al-Asaker, to personally attack Ms. Oueiss on Twitter." (*Id.* ¶ 223, copied verbatim at ¶ 225.)

- **Allegation:** "Defendant Schey was instructed by the Recruiting Defendants (i.e., Zeinab, Al-Owerde, Al Otaibi and Al Menaia), operating under the directed strategy of Defendants MBS, Al Qahtani and Al-Asaker, to amplify the defamatory attacks on Ms. Oueiss on

Twitter and did so with the knowledge, or at least a reckless disregard for, their falsity and with the intent to further the goals of the Conspiracy." (*Id.* ¶ 232.)