RICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25022-KMM

GHADA OUEISS,

        Plaintiff,

v.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,

        Defendants.

_____/

**[Proposed] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Sophia Cope, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**.  Sophia Cope may appear and participate in this action on behalf of Amicus Curiae Electronic Frontier Foundation.  The Clerk shall provide electronic notification of all electronic filings to Sophia Cope, at sophia@eff.org.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of October 2021.

 

                                                                                  K. MICHAEL MOORE
                                                                                  United States District Judge

Copies furnished to: All Counsel of Record