UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25022-KMM

GHADA OUEISS,

        Plaintiff,

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al*.,

        Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Mukund Rathi of the Electronic Frontier Foundation, 815 Eddy Street, San Francisco, CA, 94109, (415) 436-9333, for purposes of appearance as co-counsel on behalf of Amicus Curiae Electronic Frontier Foundation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mukund Rathi to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mukund Rathi is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and the United States District Court for the Northern District of California.

    2.    Movant, Deanna K. Shullman, Esquire, of the law firm of Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, Florida 33411, Telephone: (561) 429-3619, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be

filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mukund Rathi has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Mukund Rathi, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mukund Rathi at email address: mukund@eff.org.

WHEREFORE, Movant, Deanna K. Shullman, Esq., moves this Court to enter an Order granting pro hac vice admission to Mukund Rathi, to appear before this Court on behalf of Amicus Curiae Electronic Frontier Foundation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mukund Rathi.

Date: October 19, 2021

Respectfully submitted,

SHULLMAN FUGATE PLLC

**Deanna K. Shullman**
Deanna K. Shullman (FBN 514462)
dshullman@shullmanfugate.com
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel: (561) 429-3619
*Attorney for Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25022-KMM

GHADA OUEISS,

       Plaintiff,

v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

       Defendants.

_____/

**CERTIFICATION OF MUKUND RATHI**

Mukund Rathi, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of California and the United States District Court for the Northern District of California; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date: October 19, 2021

                                                            **Mukund Rathi**
                                                            Mukund Rathi, Esq.
                                                            mukund@eff.org
                                                            Electronic Frontier Foundation
                                                            815 Eddy Street
                                                            San Francisco, CA 94109
                                                            Tel.: (415) 436-9333
                                                            Fax: (415) 436-9993

                                                            *Counsel for Amicus Curiae*
                                                            *Electronic Frontier Foundation*