# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 20-CV-25022-KMM

GHADA OUEISS,

    Plaintiff,

        v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Ghada Oueiss ("Ms. Oueiss") files this Notice of Supplemental Authority in support of her Omnibus Response in Opposition to Defendants' Motions to Dismiss Amended Complaint [D.E. 172 (the "Omnibus Response")], which was filed on September 20, 2021. On November 8, 2021, the Ninth Circuit Court of Appeals issued the accompanying opinion in *WhatsApp Inc. v. NSO Group Technologies Ltd.*, No. 20-16408 (9th Cir.) (for publication). *See* Exhibit A. The Ninth Circuit affirmed the district court's order denying a private Israeli corporation's motion to dismiss, on foreign sovereign immunity grounds, an action brought under the Computer Fraud and Abuse Act and California state law. In doing so, the Ninth Circuit rejected defendant-appellant's argument that it can claim foreign sovereign immunity under common-law immunity doctrines that apply to foreign officials, holding that, to the contrary, the "Foreign Sovereign Immunity Act [] occupies the field of foreign sovereign immunity as applied to *entities*

1

and categorically forecloses extending immunity to any entity that falls outside the FSIA's broad definition of 'foreign state.'"

Ms. Oueiss submits that the Ninth Circuit's opinion relates to the immunity arguments raised by the Defendant entities DarkMatter, Prince Mohammed Bin Salman Abdulaziz Foundation, Masharea wa Enjazat IT Corporation LLC, and Middle East News FZ-LLC, and respectfully requests that the Court consider this opinion along with the authorities cited in the Omnibus Response.

Dated:   November 10, 2021                         Respectfully submitted,


/s/ Jeffrey E. Marcus
JEFFREY E. MARCUS
Fla. Bar No.  310890
jmarcus@mnrlawfirm.com
DANIEL L. RASHBAUM
Fla. Bar No. 75084
drashbaum@mnrlawfirm.com
JASON L. MAYS
Fla. Bar No. 106495
jmays@mnrlawfirm.com

Marcus Neiman Rashbaum & Pineiro LLP
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4260

***Counsel for Plaintiff Ms. Oueiss***