IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-CV-25022-MOORE-LOUIS**

GHADA OUEISS,

    Plaintiff,

        v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEAL

Please take notice that Plaintiff, Ghada Oueiss, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Omnibus Order [ECF No. 200] entered in this action on March 29, 2022.

Dated: April 27, 2022

        Respectfully submitted,

        */s/ Jeffrey E. Marcus*
        JEFFREY E. MARCUS
        Florida Bar Number: 310890
        jmarcus@mnrlawfirm.com
        DANIEL L. RASHBAUM
        Florida Bar Number: 75084
        drashbaum@mnrlawfirm.com
        Marcus Neiman & Rashbaum LLP
        One Biscayne Tower
        2 South Biscayne Blvd., Suite 2530
        Miami, Florida 33131
        Telephone: (305) 400-4260

        ***Attorneys for Plaintiff Ghada Oueiss***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court for the Southern District of Florida using the CM/ECF document filing system, which will send transmissions of Notices of Electronic Filing on all Counsel of Record.

By:   */s/ Jeffrey E. Marcus*
       Jeffrey E. Marcus
       Florida Bar Number: 310890