# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 09, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY ___JE___ D.C.
Nov 9, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 22-11408-AA
Case Style: Ghada Oueiss v. Mohammed Bin Salman Bin Abdulaziz Al Saud, et al
District Court Docket No: 1:20-cv-25022-KMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA/lt
Phone #: (404) 335-6180

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-11408-AA

_____

GHADA OUEISS,

                                                                                 Plaintiff - Appellant,

versus

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,
DARKMATTER,
PRINCE MOHAMMED BIN SALMAN ABDULAZIZ FOUNDATION,
doing business as
MiSK Foundation,
SAUD AL QAHTANI,
BADER AL-ASAKER, et al.,

                                                                        Defendants - Appellees,

MOHAMMED BIN ZAYED AL NAHYAN, et al.,

                                                                           Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Ghada Oueiss is GRANTED by clerk [9798589-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective November 09, 2022.

                                               DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                           FOR THE COURT - BY DIRECTION